

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2014

No. 04-14-00247-CV

**IN RE** Jerry Alex **CORONA** and Sonia Luna Corona

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

On April 10, 2014, relators filed a petition for writ of mandamus. On November 13, 2104, relators advised that the underlying personal injury suit has been settled and dismissed, and requested that this original proceeding also be dismissed.

Relators' request is GRANTED. This original mandamus proceeding is DISMISSED AS MOOT.

It is so **ORDERED** on November 19, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2011-CI-08286, styled *Alice Heugel v. Jerry Alex Corona and Sonia Luna Corona*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.